IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2005 FEB -3 P 4: 17
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:05-CR-14 |
| | ) JUDGE Phillips |
| GERALD DAVID WEBBER, JR. | ) |
| (a/k/a "David Webber") | ) |

## INFORMATION

The United States Attorney charges that on or about July 8, 2004, in Duff, Tennessee, in the Eastern District of Tennessee, the defendant, DAVID WEBBER, then a narcotics detective with the Campbell County Sheriff's Department, while acting under color of law, did willfully combine, conspire and agree with other persons known to the United States to injure, oppress, threaten and intimidate Lester Eugene Siler in the free exercise and enjoyment of rights secured to him by the Constitution and laws of the United States; that is, the right to be free from unreasonable search and seizure, which includes the right to be free from unreasonable search and the right to be free from the use of unreasonable force by one acting under color of law.

### Object of the Conspiracy

It was the plan and purpose of the conspiracy to threaten, intimidate, strike, beat and otherwise unlawfully assault Lester Eugene Siler in order to obtain his consent to a search of his residence.

### Acts Committed in Furtherance of the Conspiracy

In furtherance of the conspiracy, the defendant, DAVID WEBBER, along with co-conspirators known to the United States, committed the following overt acts, among others:

a. On or about July 8, 2004, Defendant DAVID WEBBER and four co-conspirators known to the United States went to Lester Eugene Siler's home, located at 5662 White Oak Road in Duff, Tennessee, to serve an arrest warrant on him for a probation violation.

b. At Defendant DAVID WEBBER's direction, three co-conspirators known to the United States handcuffed Lester Eugene Siler outside his home and brought him inside, where they made him sit down in a chair.

c. Defendant DAVID WEBBER and four co-conspirators known to the United States ordered Lester Eugene Siler's wife and son to leave the house.

d. Defendant DAVID WEBBER and four co-conspirators known to the United States demanded that Lester Eugene Siler sign a form giving them consent to search his house.

e. Defendant DAVID WEBBER repeatedly threatened Lester Eugene Siler with physical abuse unless he cooperated by signing the form.

f. Defendant DAVID WEBBER told Lester Eugene Siler that if he did not sign the form, he would not make it to jail, implying that he and his co-conspirators would inflict serious physical harm or death.

g. Defendant DAVID WEBBER assisted and encouraged other co-conspirators known to the United States in attaching wires from a battery charger to Lester Eugene Siler and threatening to electrocute him.

h. Defendant DAVID WEBBER failed to prevent other co-conspirators known to the United States from using dangerous weapons, including a firearm, a slapjack and a plastic baseball bat or similar object, to threaten, intimidate and beat Lester Eugene Siler, causing him bodily injury.

i. Defendant DAVID WEBBER encouraged other co-conspirators known to the United States to slap, hit, punch, kick and otherwise torment and unlawfully assault Lester Eugene Siler, causing him bodily injury.

j. On or about July 19, 2004, defendant DAVID WEBBER lied to the Tennessee Bureau of Investigation by denying the use of threats or unreasonable force against Lester Eugene Siler in order to cover up what had happened.

All in violation of Title 18, United States Code, Section 241.

          HARRY S. MATTICE, JR.
          UNITED STATES ATTORNEY

By: _____
          CHARLES E. ATCHLEY, JR.
          Assistant U.S. Attorney

          R. ALEXANDER ACOSTA
          Assistant Attorney General
          Civil Rights Division
          Department of Justice

By: _____ FOR
          ALLISON JERNOW
          Trial Attorney
          Criminal Section

3