# CRIMINAL CASE COVER SHEET        U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** _____

**County/Parish:** Campbell

**Defendant Information:**

**Juvenile** _____ Yes  X  No          **Matter to be Sealed:** _____ Yes  X  No

**Defendant Name:** Gerald David Webber, Jr., a/k/a "David Webber"

**U.S.C. Citations:** 18 : 241

**Total # of Counts:** 1          _____ Petty   _____ Misdemeanor  X  Felony

| | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | | conspiracy against rights | 1 |
| Set 2 | | | |
| Set 3 | | | |

Criminal Complaint Filed _____ Yes  X  _____ No

Date: February 3, 2005          Signature of AUSA: /s/ Chas E. Atchley