# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| VS. | ) | NO.: 305CR14 |
| | ) | |
| GERALD DAVID WEBBER, | ) | |
| (a/k/a "David Webber"), | ) | |

## MOTION TO BE ALLOWED ON RECOGNIZANCE

Comes the Defendant and moves the Court to grant him the privilege of remaining on his own recognizance pending sentencing in this cause.

In support of said motion the Defendant alleges the following facts:

1. That he is a citizen and resident of Anderson County, Tennessee.

2. That his mailing address is 236 Echo Valley Road, Lake City, Tennessee 37769.

3. That his telephone number is 865-426-0017.

4. That his date of birth is August 4, 1964.

5. That he is a high school graduate and completed law enforcement training at Lively Criminal Justice Center in Tallahassee, Florida.

6. That he has no previous criminal record.

7. That his mother and step-father reside in Anderson County, Tennessee.

8. That he does not have a passport.

9. That the has never missed or been late for an appointment with the U.S. Attorney.

10. That he will not leave the jurisdiction of the court unless some now unforseen emergency arises and then only with court permission.

11. That he will be pleading guilty to a criminal information on Tuesday, February 22,

2005 at 2:30 p.m.

12. That he has at all times cooperated with the United States Attorney, the Federal Bureau of Investigation, and the United States Department of Justice.

13. That if allowed to be on recognizance he will report to any agency or institution promptly upon being instructed to do so.

In consideration of the foregoing, Defendant respectfully moves the Court to allow him to be on recognizance pending sentencing and further orders of the Court.

Respectfully submitted this 15th day of February, 2005.

GERALD DAVID WEBBER

By: _____
Lee Asbury
Attorney for Defendant
B.P.R. # 002153
567 Main Street - P.O. Box 66
Jacksboro, Tennessee 37757
Telephone: (423) 562-7800
Facsimile: (423) 562-8184

CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of February, 2005, a copy of the foregoing MOTION was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and by facsimile to Charles E. Atchley, Assistant United States Attorney, 800 Market Square, Suite 211, Knoxville, Tennessee 37902, Facsimile: (865) 545-4176.

_____
Lee Asbury