IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2005 FEB 22 P 3: 03

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 3:05-CR-14 |
| | ) JUDGE VARLAN |
| GERALD DAVID WEBBER, JR. | ) |
| (a/k/a "David Webber") | ) |

## WAIVER OF INDICTMENT

Gerald David Webber, Jr. (a/k/a "David Webber"), the above named defendant, who is charged with a violation of 18 U.S.C. § 241, being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DEFENDANT

2/22/05
DATE

_____
COUNSEL FOR DEFENDANT