**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>VS. )<br>)<br>GERALD DAVID WEBBER, )<br>(a/k/a "David Webber"), )<br>) | NO.: 305CR14 |

**NOTICE OF NO OBJECTION TO PRE-SENTENCE REPORT**

Comes the Defendant by counsel and makes the following statements of fact:

1. On May 6, 2005, Defendant and counsel reviewed the proposed pre-sentence report.

2. The report was found to be factually correct.

3. The report was found to be comprehensive.

4. There are no objections to the report.

Respectfully submitted this 10th day of May, 2005.

GERALD DAVID WEBBER

By: ___s/Lee Asbury___
Lee Asbury
Attorney for Defendant
B.P.R. # 002153
567 Main Street - P.O. Box 66
Jacksboro, Tennessee 37757
Telephone: (423) 562-7800
Facsimile: (423) 562-8184

CERTIFICATE OF SERVICE

      I hereby certify that, on the 10th day of May, 2005, a copy of the foregoing NOTICE OF NO OBJECTION TO PRE-SENTENCE REPORT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and by regular U.S. mail to Charles E. Atchley, Assistant United States Attorney, 800 Market Square, Suite 211, Knoxville, Tennessee 37902, Facsimile: (865) 545-4176.

                                                              s/Lee Asbury
                                                              Lee Asbury