## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | NO.: 305CR14 |
| | ) | |
| GERALD DAVID WEBBER, | ) | |
| (a/k/a "David Webber"), | ) | |
| | ) | |

### NOTICE OF NO OBJECTION TO PRE-SENTENCE REPORT

Comes the Defendant by counsel and in response to the updated pre-sentence report and avers as follows:

1. Upon review, the factual allegations in the report are found to be essentially unchanged, and therefore not objected to.

2. The Defendant will ask the Court to decline sentencing level increases based on the individual elements of the offense which he believes are or should be incorporated into the base offense level.

3. The Defendant will ask the Court to decline sentencing level increases for obstruction of justice based on the fact that no obstruction occurred and that any statements did not affect the instant offense.

4. The Defendant will seek downward departure in sentencing levels for any and all legitimate reasons he and his counsel can think of.

5. The Defendant will present, as part of a sentencing memorandum, a suggestion put forth by Robert E. Kurth, Los Angeles Police Department, retired internal affairs veteran, as a suggestion to the Court for incorporation in a possible post release program.

Respectfully submitted this 15ᵗʰ day of June, 2005.

GERALD DAVID WEBBER

By:      s/Lee Asbury
         Lee Asbury
         Attorney for Defendant
         B.P.R. # 002153
         567 Main Street - P.O. Box 66
         Jacksboro, Tennessee 37757
         Telephone: (423) 562-7800
         Facsimile: (423) 562-8184

CERTIFICATE OF SERVICE

I hereby certify that, on the 15ᵗʰ day of May, 2005, a copy of the foregoing NOTICE OF

NO OBJECTION TO PRE-SENTENCE REPORT was filed electronically.  Notice of this filing

will be sent by operation of the Court's electronic filing system and by regular U.S. mail to

Charles E. Atchley, Assistant United States Attorney, 800 Market Square, Suite 211, Knoxville,

Tennessee 37902, Facsimile: (865) 545-4176.

         s/Lee Asbury
         Lee Asbury