UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-14 |
| | ) | JUDGE VARLAN |
| | ) | |
| GERALD DAVID WEBBER, JR. | ) | |

### NOTICE OF NO OBJECTION TO PRESENTENCE REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to Presentence Report, and states that having reviewed the Presentence Investigation Report prepared by Myra Melton, United States Probation Officer, the government has no objection thereto. This Notice of No Objection is filed in contemplation of the United States Probation Officer amending the Presentence Report to reflect a two level increase for obstructing justice pursuant to U.S.S.G. § 3C1.1 as stated in her letter dated June 9, 2005.

Respectfully submitted this 17th day of June, 2005.

                                                HARRY S. MATTICE, JR.
                                                UNITED STATES ATTORNEY

                      By:    s/Charles E. Atchley, Jr.
                             CHARLES E. ATCHLEY, JR.
                             Assistant United States Attorney
                             800 Market Street, Ste. 211
                             Knoxville, Tennessee 37902
                             (865) 545-4167
                             BPR# 016414

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail or facsimile. Parties may access this filing through the Court's electronic filing system.

Wesley L. Asbury, Esq.
P.O. Drawer 66
Jacksboro, TN  37757

Myra Melton
U.S. Probation Office
800 Market Street, Room 311
Knoxville, TN 37902

                                                s/Charles E Atchley, Jr.
                                                Assistant United States Attorney