# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | NO.: 305CR14 |
| | ) | |
| GERALD DAVID WEBBER, | ) | |
| (a/k/a "David Webber"), | ) | |
| | ) | |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Gerald David Webber, has manually filed the following documents:

1. Letters in support of Sentencing Memorandum

These documents have not been filed electronically because this office does not have the ability to convert the documents to electronic documents.

Respectfully submitted,

    s/Lee Asbury
Lee Asbury
Attorney for Gerald David Webber, Jr.
B.P.R. # 002153
567 Main Street - P.O. Box 66
Jacksboro, Tennessee 37757
Telephone: (423) 562-7800
Facsimile: (423) 562-8184

CERTIFICATE OF SERVICE

      I hereby certify that, on the 27th day of June, 2005, a copy of the foregoing **Notice of Manual Filing** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and by regular U.S. mail to Charles E. Atchley, Assistant United States Attorney, 800 Market Square, Suite 211, Knoxville, Tennessee 37902, Facsimile: (865) 545-4176.

                                                            s/Lee Asbury
                                                            Lee Asbury