

U.S. Department of Justice

Federal Bureau of Prisons

Mid-Atlantic Regional Office

10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

August 12, 2005

The Honorable Thomas A. Varlan
United States District Court
Eastern District of Tennessee
143 Howard H. Baker Jr.
 United States Courthouse
800 Market Street
Knoxville, Tennessee 37902

                                            RE: Webber, Gerald
                                            REG. NO.: 31300-074
                                            DOCKET NO.: 3:05CR14

Dear Judge Varlan:

     This is to advise you Gerald Webber has been designated to the general population of the Federal Medical Center (FMC), Lexington, Kentucky, a low security facility.

     At the time of designation, we were aware of the Court's recommendation for his placement at a facility in Manchester, Kentucky. The Federal Correctional Institution (FCI), Manchester is a medium security facility and the Federal Prison Camp (FPC), Manchester is a minimum security facility. Mr. Webber is a low security inmate and is not appropriate for placement at the Manchester facilities. FMC Lexington can provide the programs and services required by this inmate during his period of incarceration, and is the closest appropriate facility to his residence of record, Lake City, Tennessee.

     We appreciate the Court's recommendation and would be pleased to further discuss this matter should you desire. Please feel free to contact the Regional Correctional Programs Administrator at (301) 317-3140 or me directly at (301) 317-3105.

                                                      Sincerely,

                                                      K. M. White
                                                      Regional Director

cc:   Warden, FMC Lexington, KY